# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELEANORA CHRELASHVILI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA and | : | |
| A.B.C. COMPANIES (1-100) (fictitious | : | |
| entities) | : | NO. 24-2241 |

## ORDER

**NOW**, this 7th day of November, 2024, upon consideration of the United States of America's Motion to Dismiss (Doc. No. 6), the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED** for lack of subject matter jurisdiction.

_____
TIMOTHY J. SAVAGE, J.